## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO: 8:05-cr-276-T-EAK-TGW

ROBERTO RICHARD CANO

**Order Granting Defendant's Unopposed Motion for Prison-Term Reduction Under 18 U.S.C. § 3582(c)(2) Based on USSG Amend. 782**

Before the Court is the defendant's motion to reduce his prison term under 18 U.S.C. § 3582(c)(2) based on USSG Amend. 782, a retroactive guideline amendment, *see* USSG §1B1.10(d) (2014). Doc. 159. The United States does not oppose a reduction of three month. Doc. #167. The Court agrees that he is eligible for a reduction and adopts the amended guideline calculations in the government's response. Doc. #167.

Having reviewed the facts in both the original presentence investigation report and the Febrary 25, 2015 memorandum from the United States Probation Office in light of the factors in 18 U.S.C. § 3553(a) and the need to consider the nature and seriousness of any danger posed by a reduction, *see* USSG §1B1.10, comment. (n.1(B)(ii)), the Court finds that a reduction of 47 months is warranted. Consistent with USSG §1B1.10(e)(1).

Thus:

(1)     The Court grants the defendant's motion for forty-seven months, Doc. 159.

(2)     The Court reduces the defendant's prison term from 235 to 188 months or time served, whichever is greater.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 29th day of March, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record